**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2261**

_____

In re:  HORACE LINTON BROWN,

                    Petitioner.

_____

On Petition for Writ of Mandamus
(Nos. 8:06-cr-00140-PJM-1; 8:12-cv-03355-PJM)

_____

Submitted:  February 25, 2014        Decided:  March 4, 2014

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Horace Linton Brown, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horace Linton Brown petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion under 28 U.S.C. § 2255 (2012). He seeks an order from this court directing the district court to act. Our review of the record discloses that the district court has ruled on the § 2255 motion. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>